## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOAN PIAZZA, on behalf of herself and all others similarly situated,    ) ) ) | |
| Plaintiff,    ) ) | Civil Action No. 306-cv-765 AWT |
| v.    ) ) | |
| FIRST AMERICAN TITLE INSURANCE COMPANY,    ) ) ) | |
| Defendant.    ) | |

## DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO COMPEL

Defendant First American Title Insurance Company ("First American") hereby moves to compel the production of documents concerning the solicitation of Plaintiff Joan Piazza to participate in this lawsuit, and states as follows:

1. First American served document requests on Plaintiff requesting that she produce "any solicitation or other communication [she] received from any of [her] attorneys before signing a fee agreement or retainer agreement with [her] attorneys in this class action."

2. Plaintiff served an untimely objection that this information was protected by the attorney-client privilege and attorney work product doctrine and was not relevant to any issue in the case.

3. This material is relevant to a number of issues in the case, including Plaintiff's adequacy and typicality as a class representative.

4. Plaintiff has waived any objection to this document request by her failure to timely tender objections to First American's request.

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY NEEDED**

5. Counsel for First American and counsel for Plaintiff met and conferred on multiple occasions regarding this discovery dispute, but were unable to resolve their dispute without the involvement of the Court.

6. First American has filed contemporaneously herewith its memorandum in support of its motion to compel which is incorporated herein.

WHEREFORE, First American respectfully requests that this Court grant its motion to compel and issue an order requiring Plaintiff to produce all documents responsive to its request for documents concerning the solicitation of Plaintiff, and for such other further relief as the Court deems just and proper.

Dated: January 8, 2008
Respectfully submitted,

By:      /s/ James M. Weiss
Charles A. Newman
Douglas W. King
Elizabeth T. Ferrick
James M. Weiss
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile:  (314) 259-2020

and

Ben M. Krowicki
BINGHAM McCUTCHEON LLP
One State Street
Hartford, CT 06103-3178
Telephone: (860) 240-2700
Facsimile: (860) 240-2926

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY NEEDED**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of January, 2008, the foregoing was served upon the following counsel of record via the court's electronic filing system:

William H. Narwold
Ingrid L. Moll
Collin O'Connor Udell
MOTLEY RICE LLC
20 Church Street, 17th Floor
Hartford, Connecticut 06103

Mark R. Koberna
Mark E. Owens
Margaret M. Metzinger
SONKIN & KOBERNA CO., LPA
3401 Enterprise Parkway, Suite 400
Cleveland, Ohio 44122

David D. Yeagley
Shannan L. Katz
ULMER & BERNE, LLP
Skylight Office Tower
1660 West Second Street, Suite 1100
Cleveland, Ohio 44113

                                                   /s/ James M. Weiss

**ORAL ARGUMENT REQUESTED**     3
**NO TESTIMONY NEEDED**